IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-16-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JAYMES ANTHONY PATTERSON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon information received from the United States Marshals Service that, due to a COVID-19 outbreak at the jail where defendant is being held, defendant cannot be transported to the court for sentencing scheduled for April 1, 2021. Therefore, the court CONTINUES sentencing in this matter to a date to be determined by separate order.

SO ORDERED, this the 30th day of March, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge