# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

Docket No. 5:20-CR-16-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JAYMES ANTHONY PATTERSON | |

Upon consideration of the amended motion for revocation [D.E. 63], Anthony Michael Patterson's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for an 8-month revocation sentence, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on Patterson's admission to Violations 2 and 3 and the Government's uncontested factual proffer as to Violations 1 and 4, the Court finds as a fact that Patterson has violated the terms and conditions of the judgment as follows:

1. Criminal conduct
2. Possessing a controlled substance
3. Failure to pay monetary obligation
4. Criminal conduct

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 8 months, with no supervision to follow

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 15th day of _____ June _____, 2026.

LOUISE W. FLANGAN
United States District Judge